UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: LA CR 22-00565-DOC - 1     Date: August 2, 2023

Present: The Honorable: **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Sharon Seffens | Derek Flores |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) DANNY DOUGLAS HUDSON | X | X | | Jaya Gupta, DFPD | X | X | |

**PROCEEDINGS:** SENTENCING

    Also present, USPO Eunice Habig

    Case is called.

    Sentencing hearing is held.

    Detailed Judgment and Commitment Order to issue.

**cc: USPPO, USM, BOP**

: 33

**Initials of Deputy Clerk** kdu