CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JAYA C. GUPTA (Bar No. 312138)
(E Mail: jaya_gupta@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
DANNY DOUGLAS HUDSON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANNY DOUGLAS HUDSON, <br><br> Defendant. | Case No. 2:22-cr-00565-DOC <br><br> **[PROPOSED] ORDER RE STIPULATON TO AMEND PRESENTENCE REPORT** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Probation Office amend the presentence report in this case to reflect the following changes: (1) Mr. Hudson qualifies as a Tier I sex offender, (2) his base offense level pursuant to U.S.S.G. § 2A3.5 is 12, (3) his total offense level adjusted for acceptance of responsibility is 10, and (4) his arrest date was February 12, 2023.

IT IS SO ORDERED.

DATED:                    By _____
                             HON. DAVID O. CARTER
                             United States District Judge

Presented by:

   */s/ Jaya Gupta*
Deputy Federal Public Defender

1