CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JAYA C. GUPTA (Bar No. 312138)
(E Mail:  jaya_gupta@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
Facsimile:  (714) 338-4520

Attorneys for Defendant
DANNY DOUGLAS HUDSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00565-DOC |
| Plaintiff, | **ORDER RE STIPULATON TO AMEND PRESENTENCE REPORT [56]** |
| v. | |
| DANNY DOUGLAS HUDSON, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Probation Office amend the presentence report in this case to reflect the following changes: (1) Mr. Hudson qualifies as a Tier I sex offender, (2) his base offense level pursuant to U.S.S.G. § 2A3.5 is 12, (3) his total offense level adjusted for acceptance of responsibility is 10, and (4) his arrest date was February 12, 2023.

IT IS SO ORDERED.


DATED: September 5, 2023       By _____

HON. DAVID O. CARTER
United States District Judge

Presented by:

_____/s/ Jaya Gupta_____
Deputy Federal Public Defender

1